# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES of AMERICA           :

                                  CR. 14 - 628-01 (PGS)

                            :

       V.                         :

                                ORDER

DEVON CAMPBELL                      :

     The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

     It is on this 25th , day of November 2014,

     O R D E R E D that Federal Public Defender Brian Reilly, AFPD for the District of New Jersey, is hereby appointed to represent said defendant in this cause until further order of the Court.

                                         _____

                                         PETER G. SHERIDAN, U.S.D.J.

cc: Petitioner
    Federal Public Defender